Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**One California Plaza**
**300 South Grand Avenue, Suite 2670**
**Los Angeles, CA 90071**

**\*\*E-filed 8/15/05\*\***

**Tel: 213-229-9292**
**Fax: 213-229-9295**

**ATTORNEYS FOR PLAINTIFF**
**GARDEN CITY BOXING CLUB, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** | **Case No. 1:05-CV-01541 HRL ARB** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **vs.** | |
| **DIANE T. NGUYEN, individually and d/b/a DA THAO** | |
| **Defendants and** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order vacating the Case Management Conference presently set for Tuesday, August 16, 2005, at 1:30 p.m.

This Application is respectfully submitted for the consideration of this Honorable Court and is based on the grounds that the Parties have reached and settlement in this matter.   In addition, Plaintiff anticipates filing the Stipulation of Dismissal no later than Monday, August 8, 2005.

///
///
///
///

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference in this action presently scheduled for 1:30 p.m., Tuesday, August 16, 2005, in order that Parties may file their Stipulation of Dismissal.

Respectfully submitted,

Dated: August 4, 2005          _____/s/ Thomas P. Riley_____
                               LAW OFFICES OF THOMAS P. RILEY, P.C.
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               Garden City Boxing Club, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**Case No. 01:05-CV-01541 HRL (ARB)**
**Page 2**

1

2

## <u>ORDER</u> (Proposed)

3

    It is hereby ordered that the Case Management Conference in civil action number C 05-1541

4

HRL (ARB) styled *Garden City Boxing Club, Inc. v. Diane T. Nguyen*, is hereby vacated.

5

    Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification

6

of Service of this Order with the Clerk of the Court.

7

8

9

10

**IT IS SO ORDERED**:

11

12

13

    **/s/electronic signature authorized**

Dated:  **8/15/05**

14

**The Honorable Jeremy Fogel**

15

**United States District Court Judge**
**Northern District of California**

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
Case No. 01:05-CV-01541 HRL (ARB)
Page 3

1

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

2

3
  I declare that:

4

5
  I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6
and not a party to the within cause; my business address is One California Plaza, 300 South Grand

7
Avenue, Suite 2670, Los Angeles, California 90071.  I am readily familiar with this law firm's practice

for collection and processing of correspondence/documents for mail in the ordinary course of business.

8

9
  On August 4, 2005, I served:

10

11
**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING CASE
MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

12

13
  On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage

14
prepaid and following business practices, said envelope on all parties in said cause by transmitting a

true copy thereof by Facsimile to:

15

16
  Diane T. Nguyen      (Defendant)
  888 Story Road

17
  San Jose, CA 95122

18

19
  I declare under the penalty of perjury pursuant to the laws of the United States that the

20
foregoing is true and correct and that this declaration was executed on August 4, 2005, at Los Angeles,

21
California.

22

23

24

25
Dated:  August 4, 2005       _____/s/ Angel Atherall_____
               **ANGEL ATHERALL**

26

27

28